```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    :     **ORDER**

- v. -

JERMAL DIXON,

    :     03 Cr. 825 (JSR), S1 03 Cr. 825 (JSR), 04 Cr. 646 (JSR)

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for the defendant, Jermal Dixon, including records of communications and supervising activity, so as to prepare for the hearing currently scheduled for December 17, 2019, concerning reported violations of the conditions of supervised release by the defendant and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; *Brady v. Maryland*, 373 U.S. 83 (1963); *United States v. Giglio*, 405 U.S. 763 (1972), and its progeny; and Title 18, United States Code, Section 3500;

IT IS HEREBY ORDERED that the U.S. Probation Office for this District provide a copy of the case file maintained for the defendant, Jermal Dixon, including copies of communications and supervising activity, to Assistant United States Attorney Micah Fergenson, for his review.

SO ORDERED:

Dated:    December 11, 2019
           New York, New York

                                         _____
                                         HON. JED S. RAKOFF
                                         United States District Judge